# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY FRITHIOF SUNDBERG,<br><br>                Petitioner,<br>vs.<br><br>HAROLD OREOL,<br><br>                Respondent. | CASE NO. 16cv3127WQH<br><br>ORDER |

HAYES, Judge,

    In the matter before the Court, Petitioner has moved the Court at a prior time to appoint counsel to litigate his Petition for Writ of Habeas Corpus under 28 U.S.C. §2254. *See* ECF No. 2 and ECF No. 18.

    18 U.S.C. § 3006A(a)(2)(B) provides, "Whenever the . . . court determines that the interest of justice so require, representation may be provided for any financially eligible person who . . . (B) is seeking relief under section 2241, 2254, or 2255 of title 28." 18 U.S.C. § 3006A(a)(2)(B). A review of the record in this case shows that Petitioner has no legal experience or legal assistance and that the legal issues in the case are difficult. The Court concludes that the interests of justice support the appointment of counsel.

    IT IS HEREBY ORDERED that the Court appoints David Zugman to represent Petitioner under the Criminal Justice Act, 18 U.S.C. § 3006A in this habeas proceedings. The Clerk of the Court shall provide a copy of this order to David Zugman, the Petitioner, and the Respondent.

1 | IT IS FURTHER ORDERED that Counsel for Petitioner shall file a notice of acceptance or non-acceptance in the file of this case within twenty days of the date of this order. In the event the case is accepted, Counsel for Petitioner shall file a status report within thirty days of the date of this order addressing the time required to litigate the case, including the filing of objections to the pending Report and Recommendation.

DATED: March 6, 2018

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge